## December 11, 1969.

M. P. No. 655. EUGENE F. TORO, *Administrator v.* BRADLEY RICHFORD, *Defendant and Third-Party Plaintiff v.* LUMBERMENS MUTUAL CASUALTY COMPANY, *Third-Party Defendant.* Heard on petition of Helen Bailey to have order of Superior Court adding her as a party defendant quashed. Counsel for all parties were present in court and all stated they would have

no objection to dropping Helen Bailey as a party defendant. ORDERED that order of Superior Court adding Helen Bailey as a party defendant be quashed and she is dropped as a party defendant. *Toro & Crouchley, Eugene F. Toro, Hinckley, Allen, Salisbury & Parsons,* for plaintiffs. *Robert W. Lovegreen,* for Third-Party Plaintiff and Defendant. *Francis V. Reynolds,* for Helen Bailey.